### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GWENDOLYN THOMPSON,

     Plaintiff,

v.                                 Case No:  6:23-cv-1675-RBD-LHP

MAGICAL CRUISE COMPANY,
LIMITED and VANTER CRUISE
HEALTH SERVICES, INC.,

     Defendants.

_____

### <u>ORDER OF DISMISSAL</u>

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice as to Defendant Vanter Cruise Health Services, Inc. (Doc. 13), filed November 22, 2023.  No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE** as to **Defendant Vanter Cruise Health Services, Inc.** The Clerk is directed to terminate Vanter Cruise Health Services, Inc. as a party to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 27, 2023.



ROY B. DALTON, JR.
United States District Judge